# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILSON EGWUENU,         ) | |
|             Plaintiff,    ) | |
| v.                                      ) | No. 1:11-cv-1395-WTL-DML |
| JOHN POTTER, et al.,        ) | |
|             Defendants.  ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 12/05/2012

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Wilson Egwuenu
P.O. Box 3821
Merrifield, VA 22116

All Electronically Registered Counsel